UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

Court Number: 97-74855

-VS-

Honorable: Patrick J. Duggan

Claim Number: C-61183

KIMBERLY E. SUTTON,
XXX-XX-4011
        Defendant
_____/

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

Dated: JUNE 13, 2005                                                                            s/PATRICK J. DUGGAN
                                                                                                DISTRICT COURT JUDGE